JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DECHERI HAFER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Respondent. | No. CV 20-09500-JAK (JDE)<br><br>JUDGMENT |

　Pursuant to the Order Dismissing Action,

　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: November 2, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　United States District Judge